```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HERBERT WEISMAN on behalf of himself and          ORDER DISMISSING CASE
all others similarly situated                                     CV-10-2456 DRH
        -against-

DEBT RECOVERY SOLUTIONS, LLC
----------------------------------------------------------------X
```

       An Order having been issued on December 14, 2010, directing the Plaintiff to show cause by December 28, 2010 why the case should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and no response having been received,

       It is hereby ordered that the case is dismissed without prejudice .

                                                     /S/
                                       DENIS R. HURLEY
                                 United States District Judge

Dated: Central Islip, New York
       January 6, 2011